

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| The Bank Of New York Mellon Fka<br>The Bank Of New York, as Trustee For The<br>Certificateholders Of The CWALT, Inc.,<br>Alternative Loan Trust 2006-0A10 Mortgage<br>Pass-Through Certificates, Series 2006-0A10<br>8742 Lucent Boulevard<br>Suite 300, Mail Stop #SV-103<br>Highlands Ranch, Colorado 80129<br><br>v.<br><br>MARK D. MAZZA AND LISA A. MAZZA<br>1271 Farm Road<br>Berwyn, PA 19312 | **17    5453** |

| | |
|---|---|
| The Bank Of New York Mellon Fka<br>The Bank Of New York, as Trustee For The<br>Certificateholders Of The CWALT, Inc.,<br>Alternative Loan Trust 2006-0A10 Mortgage<br>Pass-Through Certificates, Series 2006-0A10<br>8742 Lucent Boulevard<br>Suite 300, Mail Stop #SV-103<br>Highlands Ranch, Colorado 80129<br><br>v.<br><br>MARK D. MAZZA AND LISA A. MAZZA<br>1271 Farm Road<br>Berwyn, PA 19312 | : CHESTER COUNTY<br>: COURT OF COMMON PLEAS<br><br><br><br><br><br><br><br><br><br>: No. 17-08353 |

## NOTICE OF REMOVAL

TO:   UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

    Defendants Mark D. Mazza and Lisa Mazza hereby files this Notice of Removal of this case from the Court of Common Pleas of Chester County, Pennsylvania, where it is now pending

to the United States District Court for the Eastern District of Pennsylvania on the basis of diversity jurisdiction, and in support thereof avers as follows:

1. Pursuant to a docket search plaintiff filed an ejectment action against defendants in the Court of Common Pleas of Chester County, Pennsylvania. (The Complaint nor Summons have yet to be served on defendants).

2. Defendants reserve the right to seek court permission to amend or supplement this Notice of Removal after service of the Complaint or summons.

3. The plaintiff alleges to be a company/corporation duly incorporated and existing with an address and principle place of business at 8742 Lucent Boulevard in Highlands, Colorado 80129. Therefore, upon information and belief plaintiff is a citizen of Colorado.

4. Defendants reside at 1271 Farm Road, Berwyn, PA and are citizens of the State of Pennsylvania.

5. The Chester County suit papers have yet to be served on defendants.

6. This Honorable Court has jurisdiction pursuant to the provisions of 28 U.S.C. §1332 based upon the fact that there exists diversity of citizenship between the parties and the amount in controversy/value of the property exceeds $75,000.

7. The present lawsuit is accordingly removable from the state court ot the United States District Court pursuant to 28 U.S.C. §1441 and §1446.

8. Pursuant to 28 U.S.C. §1446 (b), defendant has timely removed this case despite lack of service of the Complaint. Where cases are not originally removable, "a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an pleading, motion, order or other papers from which it may first be ascertained that the case is one which is or has become removable..." 28 U.S.C. §1446(b).

9. Written notice of the filing of this Notice of Removal has been given to the adverse party in accordance with 28 U.S.C. §1446(d) and as noted in the attached Certificate of Service.

10. Promptly after filing with this Honorable Court and with the assignment of a Civil Action Number, a copy of this Notice of Removal will be filed with the Court of Common Pleas of Chester County, Pennsylvania in accordance with 28 U.S.C. §1446(d).

11. Copies of all process, pleadings and other Orders have not been received by defendants regarding this action.

WHEREFORE, Defendants respectfully requests that it may effect the removal of this action from the Court of Common Pleas of Chester County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania.

_____
Mark D. Mazza, Pro Se

_____
Lisa A. Mazza, Pro Se

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| The Bank Of New York Mellon Fka<br>The Bank Of New York, as Trustee For The<br>Certificateholders Of The CWALT, Inc.,<br>Alternative Loan Trust 2006-0A10 Mortgage<br>Pass-Through Certificates, Series 2006-0A10<br>8742 Lucent Boulevard<br>Suite 300, Mail Stop #SV-103<br>Highlands Ranch, Colorado   80129<br><br>v.<br><br>MARK D. MAZZA AND LISA A. MAZZA<br>1271 Farm Road<br>Berwyn, PA   19312 | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

| | |
|---|---|
| The Bank Of New York Mellon Fka<br>The Bank Of New York, as Trustee For The<br>Certificateholders Of The CWALT, Inc.,<br>Alternative Loan Trust 2006-0A10 Mortgage<br>Pass-Through Certificates, Series 2006-0A10<br>8742 Lucent Boulevard<br>Suite 300, Mail Stop #SV-103<br>Highlands Ranch, Colorado   80129<br><br>v.<br><br>MARK D. MAZZA AND LISA A. MAZZA<br>1271 Farm Road<br>Berwyn, PA   19312 | : CHESTER COUNTY<br>: COURT OF COMMON PLEAS<br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br>: No. 17-08353<br> : <br> : |

## CERTIFICATE OF SERVICE

Defendants certify that a true and correct copy of the foregoing Notice of Removal was served upon the following party via United States Mail, postage pre-paid on the below date:

Christine Graham, Esquire
McCabe, Weisberg, Conway
123 S. Broad Street

Suite 1400

Philadelphia, PA 19109

_____
Mark D. Mazza, Pro Se

_____
Lisa A. Mazza, Pro Se

Dated: 12/6/17