```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE BANK OF NEW YORK MELLON,    :    CIVIL ACTION
                                :    NO. 17-5453
          Plaintiff,            :
                                :
     v.                         :
                                :
MARK MAZZA, et al.,             :
                                :
          Defendants.           :
```

## O R D E R

**AND NOW** this **22nd** day of **September, 2022,** upon consideration of Defendant's motion for reassignment (ECF No. 37), Defendant's motion to vacate (ECF No. 38), and Defendant's motion for recusal/disqualification (ECF No. 39), it is hereby **ORDERED** that:

1. Defendant's motion to reassign this case to Judge Tucker is **DENIED**;

2. Defendant's motion to vacate the Chief Judge's Order of July 22, 2022 is **DENIED**; and

3. Defendant's motion for recusal/disqualification pursuant to 28 U.S.C. § 144 and 28 U.S.C. § 455 is **DENIED**.

   **AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**