IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE BANK OF NEW YORK MELLON, | : | CIVIL ACTION |
| | : | NO. 17-5453 |
| Plaintiff | : | |
| v. | : | |
| | : | |
| MARK MAZZA, et al., | : | |
| | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this **24th** day of **May, 2023,** after considering Plaintiff's Motion to Dismiss the Defendants' Counterclaims with Prejudice and for Summary Judgment in Ejectment (ECF No. 49), and any responses thereto, it is hereby **ORDERED** that the motion is **GRANTED**. It is further **ORDERED** as follows:

1. All counterclaims filed by Defendants are **DISMISSED with prejudice.**

2. Defendants' request for an extension of time (ECF No. 52) is **DENIED as moot.**

3. Defendants' Motion for Discovery (ECF No. 54) is **DENIED.**

4. Defendants' Motion to Vacate (ECF No. 55) is **DENIED.**

5. The Clerk of Court shall mark this case **CLOSED.**

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*

**EDUARDO C. ROBRENO, J.**